Janice M. Michaels
Nevada Bar No. 6062
jmichaels@wshblaw.com
Nicholas F. Adams
Nevada Bar No. 14813
nadams@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for Uber Technologies, Inc. and Rasier, LLC *erroneously sued as Uber Technologies, Inc. d/b/a Uber and Rasier, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CARLOS ROBERTS,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., a foreign corporation, dba UBER; RASIER LLC, a foreign limited liability company, dba UBER; JAMES RIVER INSURANCE COMPANY; DOE CLAIM ADJUSTER I through X; DOE CLAIM SUPERVISOR I through X; ROE INSURANCE COMPANY XI through XX; DOES I through X, inclusive; ROE CORPORATION XI through XX, inclusive and ROE COMPANIES I-X,<br><br>  Defendants. | Case No. 2:22-CV-00635-VCF<br><br>**STIPULATION AND ORDER FOR DEFENDANTS, UBER TECHNOLOGIES, INC. AND RASIER, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Trial Date:   None Set |

UBER TECHNOLOGIES, INC. and RASIER, LLC (collectively "Defendants") and CARLOS ROBERTS (hereinafter "Plaintiff") (collectively, "the Parties") by and through their respective counsel, hereby stipulate and agree that Defendants shall have until May 25, 2022 to respond to Plaintiff's Complaint. This extension would be the first extension of time granted for Defendants to respond to the Complaint.

24354268.1:11009-0916

## I. Reasons For the Requested Extension

Plaintiff filed his Complaint on March 26, 2022 in the Eighth Judicial District Court of Nevada. *See* ECF No. 1. Subsequently, Defendants were served on or about March 28, 2022. *See Id*. Defendants thereafter timely filed a petition for removal on April 18, 2022. *See Id*. After the petition for removal was filed, the time to respond to the Complaint was extended to April 25, 2022. *See* FRCP Rule 81(c)(2)(C).

The parties are currently evaluating a potential resolution to this matter and Defendants' involvement in this matter. The parties anticipate that they will be able to reach a determination as to whether Defendants should be dismissed from this matter within 30 days. As such, the parties are seeking an extension for Defendants to respond to Plaintiff's Complaint so that unnecessary fees and costs may be avoided.

Accordingly, the Parties stipulate and agree that Defendants, UBER TECHNOLOGIES, INC. and RASIER, LLC shall have until May 25, 2022 to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

By  */s/ Nicholas F. Adams*
JANICE M. MICHAELS
Nevada Bar No. 6062
NICHOLAS F. ADAMS
Nevada Bar No. 14813
WOOD SMITH HENNING & BERMAN
2881 Business Park Court, Ste. 200
Las Vegas, NV 89128-9020

*Attorneys for Uber Technologies, Inc. and Rasier, LLC erroneously sued as Uber Technologies, Inc. d/b/a Uber and Rasier, LLC*

By  */s/ Jacob G. Leavitt*
JACOB G. LEAVITT
Nevada Bar No. 12608
JASON C. BARRON
Nevada Bar No. 7270
BIGHORN LAW
3675 W. Cheyenne Ave., Ste. 100
North Las Vegas, Nevada 89032

*Attorneys for Plaintiff*

**ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER FOR DEFENDANTS, UBER TECHNOLOGIES, INC. AND RASIER, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST) in the above-entitled matter and for good cause appearing therefor:

**IT IS SO ORDERED** that Defendants, UBER TECHNOLOGIES, INC. and RASIER, LLC shall have until May 25, 2022 to respond to Plaintiff's Complaint.

Dated: 4-28-2022

_____
**U.S. MAGISTRATE JUDGE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

24354268.1:11009-0916