1  Janice M. Michaels
   Nevada Bar No. 6062
2  jmichaels@wshblaw.com
   Nicholas F. Adams
3  Nevada Bar No. 14813
   nadams@wshblaw.com
4  Wood, Smith, Henning & Berman LLP
   2881 Business Park Court, Suite 200
5  Las Vegas, Nevada 89128-9020
   Telephone: 702 251 4100
6  Facsimile: 702 251 5405

7  Attorneys for Uber Technologies, Inc. and Rasier,
   LLC *erroneously sued as Uber Technologies, Inc.*
8  *d/b/a Uber and Rasier, LLC*

9

10                    **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF NEVADA, SOUTHERN DIVISION**

12

13  CARLOS ROBERTS,                          Case No. 2:22-CV-00635-CDS-VCF

               Plaintiff,                    **STIPULATION AND ORDER TO**
14                                           **EXTEND RESPONSE DEADLINE TO**
          v.                                 **PLAINTIFF'S COMPLAINT**

15  UBER TECHNOLOGIES, INC., a foreign           **(Second Request)**
16  corporation, dba UBER; RASIER LLC, a
    foreign limited liability company, dba UBER;  Trial Date:        None Set
17  JAMES RIVER INSURANCE COMPANY;
    DOE CLAIM ADJUSTER I through X; DOE
18  CLAIM SUPERVISOR I through X; ROE
    INSURANCE COMPANY XI through XX;
19  DOES I through X, inclusive; ROE
    CORPORATION XI through XX, inclusive
20  and ROE COMPANIES I-X,

               Defendants.
21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

24588769.1:11009-0916

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1    IT IS HEREBY STIPULATED by and between Plaintiff, CARLOS ROBERTS ("Plaintiff")

2    by and through its counsel of record, the law firm of Bighorn Law, and Defendants, Uber

3    Technologies, Inc. and Rasier, LLC erroneously sued as Uber Technologies, Inc. d/b/a Uber and

4    Rasier, LLC  ("Defendants"), by and through its counsel, the law firm of Wood, Smith, Henning &

5    Berman, LLP, that the deadline to file an a responsive pleading to Plaintiff's Complaint currently

6    due on May 25, 2022 be extended until June 10, 2022.

7    WHEREFORE, the aforementioned Parties, hereby agree, subject to the Court's approval,

8    that the deadline to file the Defendants' responsive pleading to Plaintiff's be extended to June 10,

9    2022.

10    **IT IS SO STIPULATED.**

11

12    By ____/s/ Nicholas F. Adams_____      By ____/s/ Joshua P. Berrett_____
      JANICE M. MICHAELS                            JOSHUA P. BERRETT
13    Nevada Bar No. 6062                           Nevada Bar No.: 12697
      NICHOLAS F. ADAMS                             JACOB G. LEAVITT
14    Nevada Bar No. 14813                          Nevada Bar No. 12608
      WOOD SMITH HENNING & BERMAN                   JASON C. BARRON
15    2881 Business Park Court, Ste. 200            Nevada Bar No. 7270
      Las Vegas, NV 89128-9020                      BIGHORN LAW
16    *Attorneys for Uber Technologies, Inc. and*   3675 W. Cheyenne Ave., Ste. 100
      *Rasier, LLC erroneously sued as Uber*        North Las Vegas, Nevada 89032
17    *Technologies, Inc. d/b/a Uber and Rasier,*   *Attorneys for Plaintiff*
      *LLC*
18

19

20

21    **IT IS SO ORDERED.**

22

23    _____

24    **CAM FERENBACH**
      **UNITED STATES MAGISTRATE JUDGE**
25    DATED:__5-25-2022_____

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

24588769.1:11009-0916

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2022, a true and correct copy of **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO PLAINTIFF'S COMPLAINT (Second Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By   _/s/Jeanne L. Calix_
Jeanne L. Calix, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

24588769.1:11009-0916