# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

CARLOS ROBERTS,

            Plaintiff,

v.

UBER TECHNOLOGIES, INC., a foreign
corporation, dba UBER; RASIER LLC, a
foreign limited liability company, dba UBER;
JAMES RIVER INSURANCE COMPANY;
DOE CLAIM ADJUSTER I through X; DOE
CLAIM SUPERVISOR I through X; ROE
INSURANCE COMPANY XI through XX;
DOES I through X, inclusive; ROE
CORPORATION XI through XX, inclusive
and ROE COMPANIES I-X,

            Defendants.

2:22-cv-00635-CDS-VCF

**ORDER**

Before the court is the stipulation and order regarding early case conference (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERED that a video status hearing is scheduled for **3:00 PM, June 9, 2022**, on the stipulation and order regarding early case conference (ECF No. 18).

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, June 8, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

1       • Do not talk over one another.

2       • State your name prior to speaking for the record.

3       • Do not have others in the video screen or moving in the background.

4       • No recording of the hearing.

5       • No forwarding of any video conference invitations.

6       • Unauthorized users on the video conference will be removed.

7

8       For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access

9 code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing

10 time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

11

12       DATED this 26th day of May 2022.

13                                       _____

14                                         CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25