1  LUCIAN J. GRECO, JR., ESQ
   Nevada State Bar No. 10600
2  DEVIN R. GIFFORD, ESQ
   Nevada State Bar No. 14055
3  MATTHEW J. COOK, ESQ
   Nevada State Bar No. 15028
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
7  lgreco@bremerhwhyte.com
   dgifford@bremerwhyte.com
8  mcook@bremerwhyte.com

9  Attorneys for Defendant,
   James River Insurance Company
10

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13

14  CARLOS ROBERTS,                    )  Case No. 2:22-cv-00635-CDS-VCF
                                       )
15          Plaintiff,                 )  **STIPULATION AND ORDER TO**
                                       )  **EXTEND DISCOVERY (FIRST**
16       vs.                           )  **REQUEST)**
                                       )
17  UBER TECHNOLOGIES, INC., a         )
    foreign corporation, dba UBER; RASIER )
18  LLC, a foreign limited liability company, )
    dba UBER; JAMES RIVER              )
19  INSURANCE COMPANY; DOE CLAIM       )
    ADJUSTER I through X; DOE CLAIM    )
20  SUPERVISOR I through X; ROE        )
    INSURANCE COMPANY XI through       )
21  XX; DOES I through X, inclusive; ROE )
    CORPORATION XI through XX,         )
22  inclusive and ROE COMPANIES I-X,   )
                                       )
23          Defendants.                )
    _____  )
24

25       Defendant   James   River   Insurance   Company   (hereinafter   referred   to   as

26  "Defendant"), by and through its attorneys of record, Lucian J. Greco, Esq., Devin R.

27  Gifford, Esq., and Matthew J. Cook, Esq. of Bremer, Whyte, Brown & O'Meara, LLP,

28  and Plaintiff Carlos Roberts ("Plaintiff"), by and through his attorney of record Joshua

13561356.337

P. Berrett, Esq. of Bighorn Law, pursuant to Local Rule 26-3, stipulate to modify their discovery plan as follows:

1. On March 26, 2022, Plaintiff filed his Complaint.

2. On June 13, 2022, counsel for the parties held their F.R.C.P. 26 conference.

3. On July 1, 2022, the Court filed the Joint Discovery Plan and Scheduling establishing the following discovery plan:

   a.  Last day to amend/add:         November 10, 2022

   b.  Initial expert disclosure:        December 12, 2022

   c.  Rebuttal expert disclosure:     January 11, 2023

   d.  Last day of discovery:           February 8, 2023

   e.  Dispositive motions filed:       March 10, 2023

   f.  Joint pre-trial order:             April 10, 2023

4. In compliance with Local Rule 26-3, the parties provide the following information regarding the discovery status:

   **a.  Discovery Completed:**

      i.  On June 27, 2022, the parties served their Initial Disclosures.

      ii.  On July 8, 2022, Defendant served their first set of written discovery requests to Plaintiff, which included interrogatories, requests for production of documents, and requests for admissions. Subsequently, Plaintiff served his responses to these written discovery requests.

      iii.  On August 9, 2022, Defendant served their second set of written discovery requests to Plaintiff, which included interrogatories, requests for production of documents, and requests for admissions. Subsequently, Plaintiff served his responses to these written discovery requests.

      iv.  On October 17, 2022, Defendant served their third set of written discovery requests to Plaintiff, which included interrogatories,

2

requests for production of documents, and requests for admissions. Subsequently, Plaintiff served his responses to these written discovery requests.

v. On November 3, 2022, Plaintiff served his First Supplemental Disclosures.

vi. On November 4, 2022, Defendant took Plaintiff's deposition.

vii. On November 18, 2022, Defendant served their fourth set of written discovery requests to Plaintiff, which included interrogatories, requests for production of documents, and requests for admissions.

viii. Defendant has subpoenaed many of Plaintiff's medical providers, Las Vegas Metropolitan Police Department, and Wynn Las Vegas for records.

b. **Discovery that remains to be completed:**

i. Deposition(s) of identified witnesses.

ii. Deposition(s) of expert witnesses.

iii. Additional written discovery.

iv. Disclosure of experts, expert reports, and rebuttal expert reports.

v. Supplemental disclosures.

vi. Defendant is preparing to serve their First Supplemental Disclosures.

vii. Defendant needs to obtain Plaintiff's responses to Defendant's fourth set of requests for admissions and requests for production of documents.

viii. Defendant is seeking photographs and videos of Plaintiff's vacations.

ix. Defendant is still seeking Plaintiff's pharmacy records, which

3

Defendant subpoenaed.

   x.  Defendant is still awaiting the subpoenaed records from Las Vegas Metropolitan Police Department and Wynn Las Vegas.

  xi.  Defendant needs to obtain additional medical record authorizations from Plaintiff in order to subpoena additional medical providers.

 xii.  Plaintiff is seeking additional medical records from WellSpan.

**c.** __Reason why discovery was not completed:__

The parties have diligently engaged in discovery. However, Defendant is still trying to obtain Plaintiff's medical records from a pharmacy that has remained non-responsive. Defendant is awaiting receipt of additional executed medical record authorizations that were recently requested from Plaintiff. Once these authorizations are obtained, Defendant will still require time to subpoena and obtain the outstanding medical records. The holidays are also slowing the parties' ability to obtain these records. Plaintiff has encountered difficulty in obtaining medical records from WellSpan, which Plaintiff has requested. The parties' experts will require additional time to review these records and prepare their expert reports. The parties require additional time to continue to engage in settlement discussions, which may assist in conserving precious judicial resources. The parties also require additional time to consider attending mediation. Early resolution of this matter may obviate the need for the parties to obtain additional experts prior to the initial disclosure deadline and drastically reduce their litigation expenses. The parties need to meet and confer regarding the disclosure of Plaintiff's vacation photographs and video. By way of this stipulation, the parties hereby request an additional ninety (90) day extension of the discovery deadlines so as to allow the parties to disclose their expert reports, to obtain outstanding records, and thereafter engage in settlement discussions. Accordingly, the parties agree that this request for extension is not made for the purpose of delay or improper purpose and that good cause exists to extend the discovery deadlines. The parties respectfully request that this Honorable Court adopt the following proposed,

4

stipulated discovery plan.

**d. <u>Proposed schedule for completion of remaining discovery</u>:**

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Last Day to Amend Pleadings/ Add Parties | November 10, 2022 | February 8, 2023 |
| Initial Expert Disclosures | December 12, 2022 | March 13, 2023 |
| Rebuttal Expert Disclosures | January 11, 2023 | April 11, 2023 |
| Last Day of Discovery | February 8, 2023 | May 9, 2023 |
| Dispositive Motions Filed | March 10, 2023 | June 8, 2023 |
| Joint Pretrial Order | April 10, 2023 | July 10, 2023 |

Dated this 23rd day of November 2022.        Dated this 22nd day of November 2022.


**BREMER WHYTE BROWN &**                **BIGHORN LAW**
**O'MEARA, LLP**


 /s/ Matthew J. Cook                         /s/ Joshua P. Berrett
Lucian J. Greco, Jr., Esq.                    Joshua P. Berrett, Esq.
Nevada State Bar No. 10600                    Nevada State Bar No. 12697
Devin R. Gifford, Esq.                        Attorneys for Plaintiff,
Nevada State Bar No. 14055                    Carlos Roberts
Matthew J. Cook, Esq.
Nevada State Bar No. 15028
Attorneys for Defendant,
James River Insurance Company

1356.337
4894-1164-4736, v. 1

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause shown, the Court extends the discovery deadlines in this case as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Last Day to Amend Pleadings/ Add Parties | November 10, 2022 | ~~February 8, 2023~~ Expired |
| Initial Expert Disclosures | December 12, 2022 | March 13, 2023 |
| Rebuttal Expert Disclosures | January 11, 2023 | April 11, 2023 |
| Last Day of Discovery | February 8, 2023 | May 9, 2023 |
| Dispositive Motions Filed | March 10, 2023 | June 8, 2023 |
| Joint Pretrial Order | April 10, 2023 | July 10, 2023 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**IT IS SO ORDERED.**

Dated this 23rd day of November 2022.

_____

**UNITED STATES MAGISTRATE JUDGE**

Respectfully Submitted By:

**BREMER, WHYTE, BROWN & O'MEARA, LLP**

 /s/ Matthew J. Cook
_____
LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ.
Nevada State Bar No. 15028
Attorneys for Defendant,
James River Insurance Company

1356.337
4894-1164-4736, v. 1