LUCIAN J. GRECO, JR., ESQ
Nevada State Bar No. 10600
DEVIN R. GIFFORD, ESQ
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ
Nevada State Bar No. 15028
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerhwhyte.com
dgifford@bremerwhyte.com
mcook@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ROBERTS,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a foreign corporation, dba UBER; RASIER LLC, a foreign limited liability company, dba UBER; JAMES RIVER INSURANCE COMPANY; DOE CLAIM ADJUSTER I through X; DOE CLAIM SUPERVISOR I through X; ROE INSURANCE COMPANY XI through XX; DOES I through X, inclusive; ROE CORPORATION XI through XX, inclusive and ROE COMPANIES I-X,<br><br>    Defendants. | Case No. 2:22-cv-00635-CDS-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    COME NOW, Defendant James River Insurance Company (hereinafter referred to as "Defendant"), by and through its attorneys of record, Lucian J. Greco, Esq., Devin R. Gifford, Esq., and Matthew J. Cook, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, and Plaintiff Carlos Roberts ("Plaintiff"), by and through his attorney of record

Joshua P. Berrett, Esq. of Bighorn Law, and hereby stipulate to dismiss Plaintiff Carlos Roberts' Operative Complaint against all Defendants, including Defendant James River Insurance Company with prejudice. Each party to bear their own costs and attorneys' fees.

Dated this 8th day of ~~December 2022.~~ February 2023

Dated this 8TH day of ~~December 2022.~~ FEBRUARY, 2023

**BREMER WHYTE BROWN & O'MEARA, LLP**

/s/ Matthew J. Cook
Lucian J. Greco, Jr., Esq.
Nevada State Bar No. 10600
Devin R. Gifford, Esq.
Nevada State Bar No. 14055
Matthew J. Cook, Esq.
Nevada State Bar No. 15028
Attorneys for Defendant,
James River Insurance Company

**BIGHORN LAW**

/s/ Joshua P. Berrett
Joshua P. Berrett, Esq.
Nevada State Bar No. 12697
Attorneys for Plaintiff,
Carlos Roberts

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1356.337 4886-2833-4914.1

## ORDER

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that Plaintiff Carlos Roberts' Operative Complaint against all Defendants, including Defendant James River Insurance Company, is dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

Defendants, Uber Technologies, Inc. and Rasier, LLC, were dismissed without prejudice on June 13, 2022, with each party to bear their own fees and attorney fees and costs. ECF No. 24.

The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 9, 2023

Respectfully Submitted By:

**BREMER, WHYTE, BROWN & O'MEARA, LLP**

_____
LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ.
Nevada State Bar No. 15028
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1356.337 4886-2833-4914.1